### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 1:21-MJ-565-SH |
| JOHN THEODORE HAWKINS | § § | |

### O R D E R

On July 28, 2021, the Court held a Preliminary Hearing pursuant to Fed. R. Crim. P. 5.1 and 18 U.S.C. § 3060. Counsel were admonished as required by the Due Process Protection Act.

Having considered all the evidence, the Court finds that the evidence, sufficient in nature, has established that there is probable cause to believe that the offense charged in the Criminal Complaint, Possession with the Intent to Distribute a Controlled Substance in violation 21 U.S.C. § 841(a)(1), has been committed, and that the defendant committed it. Accordingly, the defendant is required to appear for further proceedings.

**SIGNED** on July 28, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE